CAUSE NO. 3:23-cv-02271-S

| | | |
|---|---|---|
| SILVESTER HAYES | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE NORTHERN DISTRICT |
| | § | |
| CITY OF DALLAS, DALLAS POLICE OFFICER HOLLY HARRIS, DALLAS POLICE OFFICER WALTER PAUL GUAB, DALLAS POLICE OFFICERS DOES 3 THROUGH 10 | § | |
| Defendant. | § | OF TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Oct 16, 2023, 11:58 am**,

**CITATION WITH ATTACHED COPY OF THE PLAINTIFF SILVESTER HAYES' ORIGINAL COMPLAINT**

and was executed at **1500 Marilla St, Dallas, TX 75201** within the county of **Dallas** at **04:34 PM** on **Mon, Oct 16 2023**, by delivering a true copy to the within named

**CITY OF DALLAS ACCETPED BY Nancy Sanchez, CITY SECRETARY IN ROOM 5D**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Ivan Hernandez**, my date of birth is **08/02/73**, and my address is **PO BOX 292532, LEWISVILLE, TX 75029**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Denton** County, State of **TX**, on **October 18, 2023**.

_____
**Ivan Hernandez**
**Certification Number: PSC#9321**
**Certification Expiration: 01/31/24**