IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SILVESTER HAYES, | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION NO. 3:23cv2271-S |
| CITY OF DALLAS, et al., | § § § | |

**NOTICE OF ATTORNEY APPEARANCE
AND DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE COURT:

    I am admitted and authorized to practice in this court, and I appear in this case as lead counsel of record for Defendant Walter Guab. I am authorized, as lead counsel, to receive service of all pleadings, notices, orders, and other papers filed in this lawsuit through the Court's electronic case filing system.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Tammy L. Palomino
City Attorney

*s/ Lindsay Wilson Gowin*
Lindsay Wilson Gowin
Deputy Chief of Torts
Texas State Bar No. 24111401
lindsay.gowin@dallas.gov

Dallas City Hall 7DN
1500 Marilla Street
Dallas, Texas 75201
Telephone:     214-670-3519
Telecopier:    214-670-0622

*Attorneys for Defendants City of Dallas, Walter Guab and Holly Harris*

# CERTIFICATE OF SERVICE

I certify that on December 2, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Lindsay Wilson Gowin*
Senior Assistant City Attorney