# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| SILVESTER HAYES § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:23-CV-2271-S <br> CITY OF DALLAS, HOLLY HARRIS, § <br> WALTER PAUL GUAB, and DALLAS § <br> POLICE OFFICERS DOES 1 § <br> THROUGH 10 § | |

### ORDER

This Order addresses Defendants Holly Harris, Walter Guab, and the City of Dallas's Motion for Summary Judgment ("Motion") [ECF No. 30]. The Court has reviewed the Motion, Defendants' Brief in Support of the Motion ("Defendants' Brief") [ECF No. 31], Plaintiff Silvester Hayes's Response in Opposition to the Motion [ECF No. 39], Plaintiff's Brief in Support of the Response [ECF No. 40], Defendants' Reply in Support of the Motion [ECF No. 49], the summary judgment evidence, and the applicable law. The Court **GRANTS** the Motion in its entirety, including the request to sua sponte dismiss Defendants Dallas Police Officers Does 1 Through 10. *See* Defs.' Br. 6 n.2. The reasoning for the Court's ruling will follow in a separate memorandum opinion and order.

**SO ORDERED.**

SIGNED March 25, 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE