# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

SILVESTER HAYES §
§
v. §
§   CIVIL ACTION NO. 3:23-CV-2271-S
CITY OF DALLAS, HOLLY HARRIS, §
WALTER PAUL GUAB, and DALLAS §
POLICE OFFICERS DOES 1 §
THROUGH 10 §

## FINAL JUDGMENT

The Court has granted Defendants Holly Harris, Walter Guab, and the City of Dallas's

Motion for Summary Judgment ("Motion") [ECF No. 30]. *See* Order [ECF No. 52]. In doing so,

it has **DISMISSED WITH PREJUDICE** all claims against Defendants.

It is, therefore, **ORDERED** that Plaintiff Silvester Hayes take nothing by his claims against

Defendants. Court costs are taxed against Plaintiff. All relief not expressly granted is **DENIED.**

This is a final judgment.

**SO ORDERED.**

SIGNED April 25, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**